427 A.2d 1232

Brozanski v. Metz Construction Co., Inc., a corp. et al.

Appeal of Metz Constr. Co., Inc.

Argued November 14, 1979. James F. Manley, for appellant; James B. Cole, for appellee.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of the lower court is hereby affirmed.